# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| BRIAN MATTHEW THOMAS, | Case No. CV 16-08375 FMO (RAO) |
|---|---|
| Petitioner, | |
| v. | **ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| STEADMAN, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing objections to the Report and Recommendation has passed and no objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that Respondent's motion to dismiss is granted, and Judgment shall be entered dismissing this action with prejudice.

DATED: August 17, 2017

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE