# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN MATTHEW THOMAS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>STEADMAN,<br><br>　　　　　Respondent. | Case No. CV 16-08375 FMO (RAO)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that Respondent's motion to dismiss is granted, and this action is dismissed with prejudice.

DATED: August 17, 2017

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE